**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| MARTELL BROWN-WRIGHT, Petitioner, v. UNITED STATES OF AMERICA, Respondent. | Case No. 3:17-cv-00995-JPG <br> ---------------------------------------------- <br> Crim. Case No. 4:14-cr-40085-JPG-1 |

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision, **IT IS HEREBY ORDERED AND ADJUDGED** that petitioner Martell Brown-Wright's petition for a writ of *habeas corpus/*motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 is **DENIED**, that judgment is entered in favor of respondent United States of America and against petitioner Martell Brown-Wright, and that this case is **DISMISSED with prejudice**.

DATED:  January 3, 2018

                                               **JUSTINE FLANAGAN,**
                                               **Acting Clerk of Court**

                                               **BY:   s/Tina Gray**
                                                      **Deputy Clerk**

**Approved:**
**s/ *J. Phil Gilbert***
**J. Phil Gilbert**
**U.S. District Judge**